**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT E. BROCK JR.,** *et al.*,<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**CONCORD AUTOMOBILE DEALERSHIP LLC, dba Lexus of Concord LLC,** *et al.*,<br><br>    **Defendants.** | **Case No.:  14 -CV-1889 YGR**<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On August 21, 2014, in light of the parties' stipulated request (Dkt. No. 30), the Court continued the Case Management Conference to October 6, 2014 at 2:00 p.m. and ordered the parties to file a Joint Case Management Conference Statement by September 27, 2014.  (Dkt. No. 31 at 3.) The Court ordered the parties to first meet and confer on the necessity, if any, of motion practice relative to the pleadings, and include reference to those issues in the Joint Case Management Conference Statement.  (*Id*.)

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement as ordered.

A hearing on this Order to Show Cause will be held on **November 3, 2014**, on the Court's **2:00 p.m.** Calendar, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

By no later than **October 27, 2014**, the parties must file either (1) a Joint Case Management Conference Statement pursuant to the Court's August 21, 2014 Order and the Court's Standing Order

in Civil Cases; or (2) a written response to this Order to Show Cause as to why they should not be sanctioned for their failure to timely file a Joint Case Management Conference Statement. If the Court is satisfied with the parties' response, the show cause hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for October 6, 2014 is **CONTINUED** to **November 3, 2014**.

**IT IS SO ORDERED.**

Dated: October 2, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**