UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT E. BROCK, ET AL.**, <br><br>             Plaintiffs, <br><br>        v. <br><br>**CONCORD AUTOMOBILE DEALERSHIP LLC, ET AL.**, <br><br>             Defendants. | Case No.  14-cv-01889-YGR <br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** <br><br>Re: Dkt. No. 37 |

Having reviewed and considered the written response (Dkt. No. 37) to the Court's October 2, 2014 Order to Show Cause (Dkt. No. 33), the Court is satisfied with the parties' submission, and accordingly, **VACATES** the hearing.  No further action will be taken with respect to that Order

At the request of the parties, the Case Management Conference in this matter is

**CONTINUED** from November 3, 2014 to **Monday, February 2, 2015** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**