AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Robert E. Brock, et al.
              Plaintiff (s),
V.
Concord Automobile Dealership LLC et al.
              Defendant (s),

**ORDER GRANTING
CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-01889-YGR

Notice is hereby given that, subject to approval by the court, __Toyota Motor Sales U.S.A., Inc.__ substitutes
(Party (s) Name)

__Mirna Villegas__, State Bar No. __205307__ as counsel of record in
(Name of New Attorney)

place of __Christine H. Long__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Morgan, Lewis & Bockius LLP
    Address:    300 South Grand Avenue, 22nd Floor, Los Angeles, CA 90071
    Telephone:    (213) 612-2500    Facsimile  (213) 612-2501
    E-Mail (Optional):    mvillegas@morganlewis.com

I consent to the above substitution.
Date: November 4, 2014

/s/Sophy Woodhouse
Sophy Woodhouse, Esq., Managing Counsel TMS, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: November 4, 2014

/s/Christine H. Long
Christine H. Long, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: November 4, 2014

/s/Mirna Villegas
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 6, 2014

YVONNE GONZALEZ ROGERS
Judge
**UNITED STATES DISTRICT COURT JUDGE**

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

I, Mirna Villegas, declare that I have obtained the concurrence in the filing of the document from each of the other Signatories herein, which shall serve in lieu of their signatures on the document.