DAVID R. SIDRAN (SBN 121063)
THOMAS M. CROWELL (SBN 172799)
TOSCHI, SIDRAN, COLLINS & DOYLE
5145 Johnson Drive
Pleasanton, CA 94588
Tel: (510) 835-3400
Fax: (510) 835-7800
dsidran@toschisidran.com
tcrowell@toschisidran.com

Attorneys for Defendants,
CONCORD AUTOMOBILE DEALERSHIP LLC DBA
LEXUS OF CONCORD LLC, HANK TORIAN AND GREG JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. BROCK JR.; AMANDA BO DENTON; JEFFERY LAO; KAMAL DAYEKH; WILSON WOO; CHRISTOPHER MONTOYA; FRANCISCO UBALDO; and other Similarly Situated Employees; TERESA M. BROCK; WISSAM HALHOUL; and DOES 1-200,<br><br>Plaintiffs,<br><br>v.<br><br>CONCORD AUTOMOBILE DEALERSHIP LLC DBA: LEXUS OF CONCORD LLC; TOYOTA MOTOR SALES U.S.A., INC.; HANK TORIAN; PATRICK MILIANO; GREG JAMES; and ROES 1-200,<br><br>Defendants. | Case No.: 14-cv-01889-HSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; AND ORDER THEREON**<br><br>**(Northern District Local Rules 6.1(a))** |

### A.   INTRODUCTION

This action involves eleven Plaintiffs, nine of which are former employees of Defendant Lexus of Concord, alleging various claims under Title VII, including discrimination, hostile work environment, retaliation, and various wage claims. The Defendants filed motions to dismiss pursuant to FRCP 12(b)(6). On stipulated order, the motions to dismiss were withdrawn in order to allow Plaintiffs to amend their complaint, to allow the Equal Employment Opportunity Commission to complete their review of the administrative claims, and possibly to add more

plaintiffs to the complaint. A First Amended Complaint was filed, and Defendants filed motions to dismiss under FRC 12b6. On January 29, 2015, the Court granted the Motions to Dismiss with leave to amend. (See Document 55 in the court docket.) The order required Plaintiffs to file an amended complaint within 14 days from the date of the order. There were very specific pleading requirements included in the order. Defendants are to file their response within 14 days from the date the Second Amended Complaint is filed.

The Second Amended Complaint is 71 pages long, with 68 pages of pleading. This is significantly shorter than the First Amended Complaint, yet still a complex and complicated document. Further, some, but not all of the issues raised in the motion to dismiss the First Amended Complaint appear to have been addressed in the pleading (note that the Court did not address the legal issues raised in these motions.) Combined with the fact that counsel for Defendants has been in trial preparation for a complicated trial, an additional week has been requested to file a response to the Second Amended Complaint.

Defendants' current deadline to file their response to the Second Amended Complaint is February 27, 2014. Defendants request that the deadline be extended to March 6, 2015.

**B.     STIPULATION**

Parties hereby stipulate as follows:

1. Defendants' deadline to response to the Second Amended Complaint shall be extended to March 6, 2015.
2. No party is prejudiced by this extension.

**C.     CONCLUSION**

For these reasons, the parties ask this court to grant an order extending Defendants' deadline to respond to the Second Amended Complaint to March 6, 2015.

//

//

//

//

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; AND ORDER THEREON

| | |
|---|---|
| Dated: February 26, 2015 | TOSCHI, SIDRAN, COLLINS & DOYLE |
| | /s/ David R. Sidran |
| | David R. Sidran<br>Thomas M. Crowell<br>Attorneys for Defendants,<br>Concord Automobile Dealership, LLC dba<br>Lexus of Concord LLC, Hank Torian, and<br>Greg James |
| Date: February 26, 2015 | PORTER SCOTT |
| | /s/ Derek J. Haynes |
| | Michael W. Pott<br>Derek J. Haynes<br>Attorneys for Defendant<br>PATRICK MILIANO |
| Dated: February 26, 2015 | LAW OFFICES OF BONNER & BONNER |
| | /s/Charles A. Bonner |
| | Charles A. Bonner<br>Attorney for Plaintiffs |

## ORDER

After considering the parties' Stipulation and GOOD CAUSE SHOWN, it is ordered that Defendant's deadline to respond to the Second Amended Complaint shall be extended one week to March 6, 2015.

Dated: February 27, 2015

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge