CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. BROCK JR.; AMANDA BO DENTON; JEFFERY LAO; KAMAL DAYEKH; WILSON WOO; CHRISTOPHER MONTOYA; FRANCISCO UBALDO; JAMAL M. KHAN, CHRISTOPHER M. NAVARRO; and other Similarly Situated Employees; TERESA M. BROCK; WISSAM HALHOUL; and DOES 1-200, <br><br> Plaintiffs, <br><br> vs. <br><br><br> CONCORD AUTOMOBILE DEALERSHIP, LLC DBA: LEXUS OF CONCORD, LLC; TOYOTA MOTOR SALES U.S.A, INC; HANK TORIAN, *In His Individual Capacity;* PATRICK MILIANO; GREG JAMES; and DOES 1-200, <br><br> Defendants. | Case No.: 14-cv-01889-HSG <br><br> PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE TO THE APRIL 23, 2015 HEARING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT <br><br> DATE:   April 23, 2015 <br> TIME:   2:00 PM <br> DEPT:   Courtroom 15, 18th Floor |

PLAINTIFFS, through their counsel, CHARLES A. BONNER, ESQ. and A. CABRAL

BONNER ESQ. hereby request an order to allow Plaintiffs to appear by telephone at the APRIL

23, 2015 HEARING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS SECOND

AMENDED COMPLAINT.  This request incorporates, as though fully set forth herein, the

Declaration of A. Cabral Bonner in support of order allowing a telephonic appearance included below.

Good cause is present given that plaintiffs' counsel are in trial in the case of *Valdez, et al. vs. Salinas Valley Memorial Hospital, et al.,* Monterey County Superior No.: M 102561.

Dated: April 21, 2015

**RESPECTFULLY SUBMITTED**
**LAW OFFICES OF BONNER & BONNER**

By: */s/ A. Cabral Bonner*
A. CABRAL BONNER,
Attorney for Defendants

DECLARATION OF A. CABRAL BONNER IN SUPPORT OF ORDER ALLOWING PLAINTIFFS TO APPEAR BY TELEPHONE TO THE APRIL 23, 2015 HEARING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT

I, A. CABRAL BONNER, declare as follows:

1. I am an attorney duly licensed by the State of California duly to practice law before all courts in the State of California including the United States District Court for the Northern District of California.

2. My Business address is 475 GATE FIVE ROAD, SUITE 212, SAUSALITO, CA 94965. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness I could competently testify thereto.

3. Our office consists of only two attorneys, Charles A. Bonner and A. Cabral Bonner. Both attorneys are currently in trial in Monterey County in the matter *Valdez, et al. vs. Salinas Valley Memorial Hospital, et al.,* Monterey County Superior No.: M 102561.

4. The Valdez trial is currently set to continue through Thursday April 23, 2015 and we will be unable to drive to District Court prior to the 2 pm court appearance. A. Cabral Bonner will be able to make a telephone appearance from Monterey.

I declare under the penalty of perjury under the laws of the United State of America and the State of California that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

This declaration was executed on April 21, 2015at Sausalito, California.

By: */s/ A. Cabral Bonner*
A. CABRAL BONNER,

Attorney for Plaintiff

ORDER

IT IS SO ORDERED:

Good cause showing, Plaintiffs may appear at the APRIL 23, 2015 Hearing on

Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint telephonically.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic

appearance.

Dated:  4/21/2015

DISTRICT COURT JUDGE