United States District Court
Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   ROBERT E. BROCK, et al.,                    Case No.  14-cv-01889-HSG

8              Plaintiffs,                       **ORDER DENYING STIPULATED
                                                 SCHEDULING ORDER, AND SETTING
9        v.                                      CASE SCHEDULE**

10  CONCORD AUTOMOBILE DEALERSHIP               Re: Dkt. No. 100
    LLC, et al.,
11
               Defendants.
12
        Having reviewed the parties' stipulated scheduling order, the Court DENIES parties'
13
    stipulated schedule, Dkt. No. 100, and sets the following case deadlines pursuant to Federal Rule
14
    of Civil Procedure 16 and Civil Local Rule 16-10:
15

| Event | Schedule |
|---|---|
| Mediation Deadline | August 15, 2016 |
| Fact Discovery Cutoff | November 14, 2016 |
| Initial Designation of Expert Reports | November 30, 2016 |
| Rebuttal Expert Reports | December 15, 2016 |
| Expert Discovery Cutoff | December 29, 2016 |
| Dispositive Motion Hearing | March 2, 2017 at 2:00 pm |
| Pre-trial Conference Date | May 23, 2017 at 3:00 pm |
| Jury Trial | June 5, 2017 at 8:30 am,  2 weeks |

        The parties are directed to review and comply with this Court's Civil Pretrial and Trial

Standing Order.

        **IT IS SO ORDERED.**

Dated:  3/22/2016

                                    HAYWOOD S. GILLIAM, JR.
                                    United States District Judge