CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. BROCK JR.; AMANDA BO DENTON; JEFFERY LAO; KAMAL DAYEKH; WILSON WOO; CHRISTOPHER MONTOYA; FRANCISCO UBALDO; JAMAL M. KHAN, CHRISTOPHER M. NAVARRO; and other Similarly Situated Employees; TERESA M. BROCK; WISSAM HALHOUL; and DOES 1-200,<br><br>       Plaintiffs,<br><br>   vs.<br><br>CONCORD AUTOMOBILE DEALERSHIP, LLC DBA: LEXUS OF CONCORD, LLC; HANK TORIAN, *In His Individual Capacity;* PATRICK MILIANO; and DOES 1-200,<br><br>       Defendants. | Case No. 14-cv-01889-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** |

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order requesting dismissal with prejudice pursuant to Federal Rule of Civil Procedure Rule 41. The Parties further stipulate that each party shall bear its own costs and fees.

Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

Dated: January 19, 2017.         PORTER SCOTT
                                 A PROFESSIONAL CORPORATION

                                 By: */s/Derek J. Haynes*
                                 David P.E. Burkett
                                 Derek J. Haynes
                                 Attorneys for Defendant
                                 PATRICK MILIANO

                                 TOSCHI, SIDRAN, COLLINS & DOYLE

                                 By: */s/Thomas M. Crowell*
                                 David R. Sidran
                                 Thomas M. Crowell
                                 Attorneys for Defendants, CONCORD
                                 AUTOMOBILE DEALERSHIP LLC DBA
                                 LEXUS OF CONCORD LLC, HANK
                                 TORIAN AND GREG JAMES

Dated: January 19, 2017.         LAW OFFICES OF BONNER & BONNER

                                 By: */s/Charles A Bonner*
                                 CHARLES A. BONNER
                                 Attorney for Plaintiffs

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the above entitled action is hereby dismissed in its entirety with prejudice. Each side shall bear its own costs and fees.

**IT IS SO ORDERED:**

Dated: 1/19/2017

HON. HAYWOOD S. GILLIAM, JR.